LEONARD M. GOLDBERG v. CITY OF JERSEY CITY.

July 7, 1987.

Petition for certification denied.

ARTHUR W. BURGESS v. FRANK CAPRIO, SR.

JOSEPH LA FERA, JR. v. FRANK CAPRIO, SR.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LAMARR HOWARD.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT ROGERS.

July 7, 1987.

Petition for certification denied.